UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00 - 0881 CR-JORDAN**

CASE NO.

8 U.S.C. § 1326(a), (b)(2)   MAGISTRATE JUDGE
18 U.S.C. § 1543            BANDSTRA
18 U.S.C. § 1546(a)
18 U.S.C. § 1001(a)(2)

UNITED STATES OF AMERICA

v.

ROHAN ENVOY ANDREW TAPPER,
a/k/a "Lascelles Andrade Bloomfield,"
a/k/a "Michael Thompson,"

_____Defendant._____/



## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about September 11. 2000, at Miami International Airport, Miami-Dade

County, in the Southern District of Florida, the defendant,

ROHAN ENVOY ANDREW TAPPER,
a/k/a "Lascelles Andrade Bloomfield,"
a/k/a "Michael Thompson,"

an alien, having previously been deported from the United States on or about August 23,

1999, subsequent to a conviction for commission of an aggravated felony, attempted to enter

the United States, knowingly and unlawfully, without the Attorney General having expressly

consented to such alien's reapplying for admission to the United States;  in violation of Title

8, United States Code, Sections 1326(a), (b)(2).

## COUNT 2

On or about September 11, 2000, at Miami International Airport, Miami-Dade County, in the Southern District of Florida, the defendant,

**ROHAN ENVOY ANDREW TAPPER,**
a/k/a "Lascelles Andrade Bloomfield,"
a/k/a "Michael Thompson,"

did knowingly and willfully use and attempt to use an altered Jamaican passport, that is, a passport with the defendant's photograph substituted for the original photograph, in that the defendant presented Jamaican passport number 2030486 in the name of Lascelles Andrade Bloomfield, to an Inspector of the Immigration and Naturalization Service in an attempt to gain entry into the United States; in violation of Title 18, United States Code, Section 1543.

## COUNT 3

On or about September 11, 2000, at Miami International Airport, Miami-Dade County, in the Southern District of Florida, the defendant,

**ROHAN ENVOY ANDREW TAPPER,**
a/k/a "Lascelles Andrade Bloomfield,"
a/k/a "Michael Thompson,"

did knowingly personate another in applying for admission to the United States by using and attempting to use a Jamaican passport containing a B-1/B-2 non-immigrant visa, a document prescribed by statute and regulation for entry into the United States, in the name of Lascelles Andrade Bloomfield, bearing visa number 07596613, in that the defendant presented said visa to an Inspector of the Immigration and Naturalization Service in an attempt to gain entry into the United States; in violation of Title 18, United States Code, Section 1546(a).

## COUNT 4

On or about September 11, 2000, at Miami International Airport, Miami-Dade County, in the Southern District of Florida, the defendant,

**ROHAN ENVOY ANDREW TAPPER,**
a/k/a "Lascelles Andrade Bloomfield,"
a/k/a "Michael Thompson,"

in a matter within the jurisdiction of the Department of Justice, a department of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation, in that the defendant claimed to an Inspector of the Immigration and Naturalization Service that his name was Michael Thompson, born in Kingston, Jamaica on March 17, 1968, when in truth and in fact, and as the defendant then and there well knew, his true and correct name was Rohan Envoy Andrew Tapper, and he was born on March 19, 1969; in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
RACHEL N. SILBER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**00 - 0881** CR-JORDAN

**UNITED STATES OF AMERICA**            CASE **00 - 0881**

v.                                      **CERTIFICATE OF TRIAL ATTORNEY***

ROHAN ENVOY ANDREW TAPPER        **Superseding Case Information:**   MAGISTRATE JUDGE BANDSTRA

**Court Division:** (Select One)

New Defendant(s)          Yes ___    No ___
Number of New Defendants       ___
Total number of counts        ___

X___ Miami  ___ Key West
___ FTL  ___ WPB ___ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)     __no__
     List language and/or dialect     __N/A__

4.   This case will take  __1-2__  days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                                    (Check only one)

| I | 0 to 5 days | __X__ | Petty | __•__ |
|---|---|---|---|---|
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | __X__ |
| V | 61 days and over | ___ | | |

6.   Has this case been previously filed in this District Court?  (Yes or No)  NO__
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____     District of _____

Is this a potential death penalty case? (Yes or No) _____NO_____
7.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8.   Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

RACHEL NICOLE SILBER
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0154611

*Penalty Sheet(s) attached

REV.6/27/00

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

PENALTY SHEET   00 -   0881 CR-JORDAN

**Defendant Name:**   ROHAN ENVOY ANDREW TAPPER     Case No. _____

MAGISTRATE JUDGE
BANDSTRA

Count #:  1

 8 U.S.C. 1326(a), (b)(2)

 Reentry after deportation (aggravated felony)

**\*Max. Penalty:   20 years' imprisonment**

=================================================

Count #:  2

 18 U.S.C. section 1543

 Use of an altered passport

**\*Max. Penalty:   10 years' imprisonment**

=================================================

Count #: 3

 18 U.S.C. section 1546(a)

 Personating another in applying for admission

**\*Max. Penalty:   10 years' imprisonment**

=================================================

Count #: 4

 18 U.S.C. section 1001(a)(2)

 Materially false statement

**\*Max. Penalty:   5 years' imprisonment**

=================================================

\*Refers only to possible terms of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.